Garrett BURKHART, Petitioner,

v.

UNITED STATES DEPARTMENT OF TRANSPORTATION; et al., Respondents.

No. 04–74589.

United States Court of Appeals, Ninth Circuit.

---

* Alberto R. Gonzales is substituted for his predecessor, John Ashcroft, as Attorney General of the United States, pursuant to Fed. R.App. P. 43(c)(2).

** This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**94**

Submitted June 14, 2005.*

Decided June 24, 2005.

Garrett Burkhart, Folsom, CA, pro se.

Assistant General, James A. Barry, Attorney, Federal Aviation Administration, Office of the Chief Counsel, Washington, DC, for Respondents.

Before: KLEINFELD, TASHIMA, and THOMAS, Circuit Judges.

MEMORANDUM **

Garrett Burkhart petitions pro se for review of the Federal Aviation Administration's ("FAA") order assessing a civil penalty of $1,100 against Burkhart for leaving his seat aboard an aircraft while the Fasten Seat Belt sign was lit. We lack jurisdiction over the petition because Burkhart did not exhaust his administrative remedies. *See* 49 U.S.C. § 46110 (1994); 14 C.F.R. § 13.235; *Reid v. Engen,* 765 F.2d 1457, 1461 (9th Cir.1985) (internal citations omitted) (issues not raised before an agency tribunal cannot be raised on appeal from that tribunal).

DISMISSED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Burkhart's motion for oral argument is denied.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

